■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVONNE L. SCOTT, Appellant. [916 NYS2d 875]—

Appeal from a judgment of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered June 14, 2005. The judgment convicted defendant, upon a jury verdict, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him, following a jury trial, of manslaughter in the first degree (Penal Law § 125.20 [1]), defendant contends that Supreme Court erred in denying his *Batson* challenge. Defendant failed to object to the court's procedure for determining his *Batson* challenge and thus defendant failed to preserve his contention for our review (*see People v Parker*, 304 AD2d 146, 156 [2003], *lv denied* 100 NY2d 585 [2003]). Defendant also failed to preserve for our review his contention that the court erred in denying his motion for a mistrial based on juror misconduct. Although defendant contends that the court failed to make a sufficient inquiry of the other jurors with respect to the misconduct of the juror in question, he failed to raise that issue in support of the motion (*see generally People v Torres*, 80 NY2d 944 [1992], *rearg denied* 81 NY2d 784 [1993]). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Finally, the sentence is not unduly harsh or severe. Present—Centra, J.P., Fahey, Lindley, Green and Martoche, JJ.